IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| CRAIG CUNNINGHAM, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:22-cv-00599-O |
| DAYBREAK SOLAR POWER, LLC, | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(b).

2. The clerk shall transmit a true copy of this Judgment to the parties.

**SO ORDERED** on this **13th day** of **June, 2023**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE